JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER ROBERTS, LARRY LUSK, KEVIN COLLINS, DAVID BURCH, MARIBEL LIZARRAGA, CHRIS MAXWELL, GAVIN MCFARLAND, CHERRYL VALDEZ, RICK MARTINEZ individually and collectively on behalf of those similarly situated,<br><br>     Plaintiffs<br>   vs.<br><br>INFINITY INSURANCE COMPANY, INC., an Ohio corporation, and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No.  CV 12-10471-JGB-PJW<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE, PURSUANT TO F.R.C.P. RULE 41(a)(1)(a)(ii)** |

GOOD CAUSE APPEARING, the parties' stipulation dismissing this case with prejudice is hereby GRANTED.

/ / /

/ / /

1 IT IS SO ORDERED.

2

3

4  Date: October 14, 2014

5                                    HON. JESUS G. BERNAL

ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE

2